UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID BROWN,

    Plaintiff,

v.

Case No. 21-cv-11565
Hon. Matthew F. Leitman

DONALD HAIDERER,

    Defendants.
_____/

## ORDER SETTING DEADLINE FOR FILING OF RENEWED SUMMARY JUDGMENT MOTION AND LIFTING STAY OF PROCEEDINGS

On July 1, 2023, the Court entered an order denying in part a motion for summary judgment filed by Defendant Haiderer. (*See* Order, ECF No. 74.)  At the conclusion of the order, the Court directed the parties to pursue settlement and provided that, if settlement efforts were unsuccessful, the Court would permit Haiderer to file a renewed motion for summary judgment. The Court has been informed that settlement efforts were not successful.  Accordingly, **IT IS HEREBY ORDERED** that Haiderer may file a renewed motion for summary judgment by not later than **February 20, 2024**.  If he does not file by that date, he will not be

1

permitted to file the renewed motion.  **IT IS FURTHER ORDERED** that the stay of proceedings previously entered by the Court (*see* ECF No.75) is **LIFTED**.

    **IT IS SO ORDERED.**

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated:  January 24, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 24, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126

2