UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID BROWN,

    Plaintiff,

v.

Case No. 21-cv-11565
Hon. Matthew F. Leitman

DONALD HAIDERER,

    Defendants.

_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR THE APPOINTMENT OF COUNSEL WITHOUT PREJUDICE (ECF No. 72)

Plaintiff David Brown is a state prisoner currently in the custody of the Michigan Department of Corrections. In this civil-rights action, Brown alleges that he received inadequate medical treatment while he was incarcerated in the Saginaw Correctional Facility in 2021. (*See* Compl., ECF No. 1.)

On June 13, 2023, Brown filed a motion for the appointment of counsel. (*See* Mot., ECF No. 72.) There is no constitutional right to the appointment of counsel in civil cases, and the Court has broad discretion in determining whether counsel should be appointed in such cases. *See Childs v. Pellegrin*, 822 F.2d 1382, 1384 (6th Cir. 1987) ("[A]ppointment of counsel in a civil case is ... a matter within the discretion of the court. It is a privilege and not a right.") (internal quotation omitted).

1

The Court has carefully reviewed Brown's motion and concludes that he is not entitled to the appointment of counsel. Brown has ably represented himself in this action, and the Court is not persuaded that it is necessary or appropriate to appoint counsel for Brown at this time.

Accordingly, for the reasons explained above, Brown's motion for the appointment of counsel (ECF No. 72) is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

                                        s/Matthew F. Leitman  
                                        MATTHEW F. LEITMAN  
                                        UNITED STATES DISTRICT JUDGE

Dated: February 5, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 5, 2024, by electronic means and/or ordinary mail.

                                        s/Holly A. Ryan  
                                        Case Manager  
                                        (313) 234-5126