UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID BROWN,

    Plaintiff,

v.

Case No. 21-cv-11565
Hon. Matthew F. Leitman

DONALD HAIDERER,

    Defendants.
_____/

### ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION (ECF No. 95)

Plaintiff David Brown is a state prisoner currently in the custody of the Michigan Department of Corrections. In this civil-rights action, Brown alleges that he received inadequate medical treatment while he was incarcerated in the Saginaw Correctional Facility in 2021. (*See* Compl., ECF No. 1.)

The sole remaining defendant in this action is Defendant Donald Haiderer. On February 20, 2024, Haiderer moved for summary judgment. (*See* Mot., ECF No. 89.) The motion was referred to the assigned Magistrate Judge, and on June 17, 2024, the Magistrate Judge issued a report and recommendation in which she recommended that the Court grant Haiderer's motion (the "R&R"). (*See* R&R, ECF No. 94.) At the conclusion of the R&R, the Magistrate Judge informed the parties

1

that if they wanted to file objections to the R&R, they needed to do so within fourteen days. (*See id.*, PageID.915-916.)

On June 27, 2024, Brown filed a motion in which he asked for additional time to file his objections to the R&R. (*See* Mot., ECF No. 95.) Brown explained that he was "only recently able to obtain the assistance of an inmate legal writer" and that that person "need[ed] some time to become familiar with this [case] to properly prepare [Brown's] objections to the R&R." (*Id.*, PageID.918.)

The Court has reviewed Brown's motion and, for the reasons explained in the motion, it concludes that a short extension of time to file objections to the R&R is appropriate here. Accordingly, Brown's motion for an extension of time (ECF No. 95) is **GRANTED.** Brown shall file his objections to the R&R by no later than **August 5, 2024**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 16, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 16, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2