UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID BROWN,

    Plaintiff,                                            Case No. 21-cv-11565
                                                        Hon. Matthew F. Leitman

v.

DONALD HAIDERER,

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Court's Orders (ECF Nos. 48, 74, & 101):

**IT IS ORDERED AND ADJUDGED** that Plaintiff Donald Brown's claims against Defendants Susan McCauley and Donald Haiderer are **DISMISSED WITH PREJUDICE,** and Plaintiff's claims against Defendants Ricky Coleman and Laura Brown are **DISMISSED WITHOUT PREJUDICE**.

                                                                             KINIKIA ESSIX
                                                                            CLERK OF COURT

                                                        By:  s/Holly A. Ryan
                                                                       Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  September 30, 2024
Detroit, Michigan

1